UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E.P.M,<br><br>                Petitioner,<br><br>       v.<br><br>MINGA WOFFORD, DIRECTOR, Mesa Verde ICE Processing Center,<br><br>                Respondent. | No. 1:26-cv-0316 WBS CKD P<br><br><br>ORDER |

     Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee.

     Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to file an answer.

     In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is directed to file an answer within 20 days from the date of this order. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

/////

/////

/////

1

      2.  Petitioner's traverse, if any, is due on or before 14 days from the date respondent's answer is filed.

Dated: February 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] jepm0316.100fee.2241